No. —, original. Ex parte Martin Wohl et al. April 13, 1942. The motion for leave to file petition for writ of prohibition is denied. The rule to show cause is discharged.

No. 238. United States *v.* State of New York; and
No. 251. State of New York *v.* United States. April 13, 1942. Ordered that the opinion in these cases be amended as follows: Strike from line 12 of page 7, the phrase "the sum of the assets available" and insert "the total of such claims."

No. 821. Aiken et al. *v.* Insull et al.; and
No. 822. DeMet's, Incorporated, et al. *v.* Insull et al. April 13, 1942. The motion to grant relief requested in alternative motion filed March 13, 1942, is denied. See 315 U. S. 806, 829.